IRVING STERNLIEB v. NORMANDIE NATIONAL SECURITIES CORPORATION.— Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. ROTH & CO., INC., v. ALEX MERSEL and Another, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FRANK PAGANO, as Administrator, etc., of FEDERICO PAGANO, Deceased, v. JOHN LOUGHLIN and Another. · Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM J. MCCORMACK SAND COMPANY, INC., v. TUCKER & TURNBULL, INCORPORATED, and CLINTON K. TUCKER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GOLDEN WHITE LAUNDRY SERVICE, INC., v. BENJAMIN SILK. GUARDIAN CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CROSSMAN COMPANY v. FLORENCE H. RAUCH.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Corporate Trustee, etc., under a Trust Mortgage made by 10 EAST 40TH STREET CORPORATION Securing an Issue of $5,500 Principal Amount of First Mortgage 6% Gold Bond Certificates v. 10 EAST 40TH STREET CORPORATION, Impleaded with Others. Intervention of LEE S. BUCKINGHAM and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

COPAK FABRICS CORPORATION, Appellant, v. ARROW PIECE DYEING & FINISHING CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy, J., taking no part.

CLAUDE NEON LIGHTS, INC., Appellant, v. FEDERAL ELECTRIC CO., INC., and Others, Respondents, Impleaded with Others. NATIONAL SURETY COMPANY, Intervenor. (Appeal No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; McAvoy, J. taking no part.

JOHN T. GEDNEY and Others, Respondents, Appellants, v. MARLTON REALTY COMPANY, Appellant, Respondent. (Action No. 1.) *— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

---

* Motion to dismiss appeal denied, 263 N. Y. 599.